1  BENJAMIN B. WAGNER
   United States Attorney
2  KATHLEEN A. SERVATIUS
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | CASE NO. 1:13-CR-00225-LJO-SKO |
|---|---|
12 | Plaintiff, | **ORDER ON GOVERNMENT'S MOTION TO DISMISS** |
13 | v. | **Fed. R. Crim. P. 48(a)** |
14 | ALBERTO VILLAREAL-VIZCARRRA, | |
15 | Defendant. | |

16
        IT IS HEREBY ORDERED that the charges as to the above-named defendant are dismissed
17
   without prejudice, in the interest of justice.  The defendant shall remain in custody in case number 1:13-
18
   cr-00245-AWI-BAM.
19

20 IT IS SO ORDERED.
21
        Dated:   **April 22, 2014**              /s/ Lawrence J. O'Neill
22                                            UNITED STATES DISTRICT JUDGE

Motion to Dismiss, FRCrimP 48(a)              1